UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KATHLEEN M., on behalf of William D.,

                                  **Plaintiff,**

                v.                                      5:21-CV-1013
                                                          (FJS/DJS)

KILOLO KIJAKAZI, Acting Commissioner of
the Social Security Administration,[1]

                                **Defendant.**
_____

**APPEARANCES**                                     **OF COUNSEL**

**OLINSKY LAW GROUP**                  **HOWARD D. OLINSKY, ESQ.**
250 South Clinton Street, Suite 210
Syracuse, New York 13202
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**    **JESSICA RICHARDS, ESQ.**
J.F.K. Federal Building, Room 625
15 New Sudbury Street
Boston, Massachusetts 02203
Attorneys for Defendant

**SCULLIN**, Senior Judge

                                              **ORDER**

       On June 22, 2022, the parties filed a Stipulation for Remand. *See* Dkt. No. 16. In that document, they stipulated to the reversal of Defendant's final decision and to remand of this case

---

[1] Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she should be substituted for Andrew Saul as Defendant in this case. Accordingly, the Court instructs the Clerk of the Court to amend the caption to indicate that Kilolo Kijakazi is the Defendant in this case.

to Defendant for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  *See id.*  The parties also consented to the entry of Judgment in this case.  *See id.*

In light of the parties' stipulation, the Court hereby

**ORDERS** that Defendant's final decision is **REVERSED** and this case is **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and the Court further

**ORDERS** that the Clerk of the Court shall enter Judgment in favor of Plaintiff against Defendant and close this case.

**IT IS SO ORDERED**.

Dated: June 27, 2022
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge